NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000657
24-APR-2019
08:48 AM**

NO. CAAP-18-0000657

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

ROSS GOUVEIA, Plaintiff-Appellee, v.
TYRELL SILVA, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-DA NO. 18-1-0068)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Reifurth, Presiding Judge, Chan and Hiraoka, JJ.)

Upon consideration of the Stipulation to Dismiss
Appeal, filed April 17, 2019, by Respondent-Appellant Tyrell
Silva, the papers in support, and the record, it appears that
(1) the appeal has been docketed; (2) the parties stipulate to
dismiss the appeal with prejudice and bear their own attorneys'
fees and costs; (3) the stipulation is dated and signed by
counsel for all parties appearing in the appeal; and
(4) dismissal is authorized by Hawaiʻi Rules of Appellate
Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation to
dismiss the appeal is approved and the appeal is dismissed with

prejudice.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawai'i, April 24, 2019.


Lawrence M Reifurth
Presiding Judge


Associate Judge


Keith K Hiraoka
Associate Judge